# Court of Appeals
# of the State of Georgia

ATLANTA,__April 30, 2019_____

*The Court of Appeals hereby passes the following order:*

## A19A1642. IMERYS KAOLIN, INC. v. HOLLEY.

On March 8, 2019, Imerys Kaolin, Inc. ("Imerys") filed a notice of appeal from the trial court's order granting Thomas Holley's motion for summary judgment and denying Imerys's cross-motion for summary judgment in this case. The appeal was docketed on March 18, 2019, and Imerys's brief of appellant was due on April 8, 2019.

Over two weeks have passed since the due date, and Imerys has not filed a brief of appellant. Accordingly, its appeal is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__04/30/2019_____*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*